No. **CR-08 00369 JW HRL**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

*E-FILING*

**FILED**
2008 JUN -4 P 1:16
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

---

### THE UNITED STATES OF AMERICA

*vs.*

### FRANCISCO JAVIER RAMOS-LOPEZ

---

# INDICTMENT

<u>COUNT ONE</u>: 8 U.S.C. Section 1326 - Illegal Re-Entry Following Deportation

---

*A true bill.*

_____
Foreperson

*Filed in open court this* __4__ *day of* __June__

*A.D. 2008*

_____
UNITED STATES MAGISTRATE JUDGE

---

*Bail.* $ __No Process Required__



# United States District Court

**FOR THE
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION**

VENUE: SAN JOSE

**FILED**

2008 JUN -4  P 1: 17

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES OF AMERICA,

V.

DEFENDANT.

HRL

## INDICTMENT

CR-08 00369 JW

HRL

A true bill.

_____
Foreman

Filed in open court this 4 day of June 2008

_____
Clerk

Bail, $ _____

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

2008 JUN -4 P 1: 16

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,         ) No. CR-08 00369 JW
                                  )
   Plaintiff,                     )
                                  ) VIOLATION: 8 U.S.C. § 1326 –   HRL
   v.                             ) Illegal Re-Entry Following Deportation
                                  )
FRANCISCO JAVIER RAMOS-LOPEZ,     )
                                  )
   Defendant.                     ) SAN JOSE VENUE
_____)

INDICTMENT

The Grand Jury charges:

On or about December 31, 2007, the defendant

FRANCISCO JAVIER RAMOS-LOPEZ,

an alien, previously having been arrested and deported from the United States on or about January 11, 2000 and April 24, 2002 was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having

//
//
//

INDICTMENT

1  expressly consented to a re-application by the defendant for admission into the United States, in
2  violation of Title 8, United States Code, Section 1326.
3
4
5  DATED: 6/4/08                                            A TRUE BILL.
6
7                                                           _____
8                                                           FOREPERSON

   JOSEPH P. RUSSONIELLO
9  United States Attorney
10
11 _____
   DAVID R. CALLAWAY
12 Deputy Chief, San Jose Branch Office
13
14
   (Approved as to form: _____
15                        SAUSA CHAD MANDELL
16
17
18
19
20
21
22
23
24
25
26
27
28

   INDICTMENT

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

---── OFFENSE CHARGED ──---

COUNT ONE: 8 U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
10 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

E-FILING

FILED
2008 JUN -4 P 12: 11
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

── DEFENDANT - U.S. ──
FRANCISCO JAVIER RAMOS-LOPEZ

DISTRICT COURT NUMBER

**CR - 08  00369 JW**

---── PROCEEDING ──---
Name of Complaintant Agency, or Person (&Title, if any)
S/A TIMOTHY F. PURDY - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
08-70314 PVT

Name and Office of Person Furnishing Information on THIS FORM
**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  CHAD MANDELL

── DEFENDANT ──

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

▶ HRL

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---── ADDITIONAL INFORMATION OR COMMENTS ──---

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: