UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED*** 

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:**   June 23, 2008  
**Case No.:** CR-08-0369 JW  
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Lee-Anne Shortridge  
**U.S. Probation Officer:** N/A  
**Interpreter:**   N/A

## TITLE

U.S.A. v. Francisco Javier Ramos-Lopez ( C)  
**Attorney(s) for Plaintiff(s):** Chad Mandell  
**Attorney(s) for Defendant(s):** Manuel Araujo

## PROCEEDINGS

Status Hearing

## ORDER AFTER HEARING

Hearing Held.  Defendant present and in custody for proceedings.  The Court set the following pretrial and trial dates:
1.  Final Pretrial Conference set for September 8, 2008 at 1:30 PM
2.  Jury Selection set for September 16, 2008 at 9:00 AM
3. Jury Trial set for September 17, 2008 through September 19, 2008 at 8:00 AM to 12:00 PM

Time is excluded from June 23, 2008 through September 16, 2008 for trial preparation.

Last Date for Trial: August 14, 2008.

*Elizabeth C. Garcia*
Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC: