No. **CR - 08  00369  JW**  HRL

FILED

# UNITED STATES DISTRICT COURT

E-FILING

2008 AUG 13 P 2 00

# NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## *SAN JOSE DIVISION*

## THE UNITED STATES OF AMERICA

### *vs.*

## FRANCISCO JAVIER RAMOS-LOPEZ

## SUPERSEDING INDICTMENT

**COUNT ONE**:    Title 8, U.S.C. § 1326a (w) ~~1326(a)~~ and (b) - Deported Alien Found in the United States

*A true bill.*

*Ramona Wills*
                                              *Foreperson*

*Filed in open court this* 13 *day of* August

*A.D.* 2008

*Patricia V. Marshall*
                              *United States Magistrate Judge*

***Bail. $*** _____

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

**FILED**

2008 AUG 13 P 2: 00

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: CR 08-00369 JW |
| Plaintiff, ) | |
| ) | VIOLATION: 8 U.S.C. §§ 1326(a) and (b) – |
| v. ) | Illegal Re-Entry Following Deportation |
| ) | |
| FRANCISCO JAVIER RAMOS-LOPEZ, ) | SAN JOSE VENUE |
| Defendant. ) | |

S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury charges:

On or about December 31, 2007, the defendant,

FRANCISCO JAVIER RAMOS-LOPEZ,

an alien, previously having been excluded, deported and removed from the United States on or about April 24, 2002, was found in the Northern District of California, the Attorney General of the United States and the Secretary of Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States.

SUPERSEDING INDICTMENT

1     It is further alleged that the defendant was removed from the United States subsequent to

2  a conviction for commission of an aggravated felony.

3     All in violation of Title 8, United States code, Sections 1326(a) and (b)

4

5  DATED: 8/13/08                              TRUE BILL.

6                                              *Ramona Wills*

7                                              FOREPERSON

8

9  JOSEPH P. RUSSONIELLO
   United States Attorney
10

11
   DAVID CALLAWAY
12 Deputy Chief, San Jose Branch

13

14 (Approved as to form: _____)
                         SAUSA CHAD MANDELL
15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPERSEDING INDICTMENT                    2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

### OFFENSE CHARGED

Title 8, U.S.C. § 1326(a) and (b) – Deported Alien Found in the United States

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY: *E-FILING*
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

DEFENDANT - U.S.

2008 AUG 13 P 2:00

▸ FRANCISCO JAVIER RAMOS-LOPEZ

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

DISTRICT COURT NUMBER

CR - 08  00369  JW RL

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

JOSEPH P. RUSSONIELLO

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  SAUSA CHAD MANDELL

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▸  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▸  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____
Before Judge: _____

Comments: