JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHAD MANDELL (ILBN 6286783)
Special Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5059
   Facsimile:  (408) 535-5066
   Email: chad.mandell@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>FRANCISCO JAVIER RAMOS-LOPEZ,<br><br>   Defendant. | No.   CR 08- 00369 JW<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JUNE 23, 2008 TO SEPTEMBER 8, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    The parties stipulate that the time between June 23, and September 8, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

//

//

1

1  18 U.S.C. §3161(h)(8)(A).

3  DATED: September 3, 2008            JOSEPH P. RUSSONIELLO
                                       United States Attorney

                                       ___/s/_____
                                       CHAD M. MANDELL
                                       Special Assistant United States Attorney


                                       ___/s/_____
                                       MANUEL U. ARAUJO
                                       Assistant Federal Public Defender

1 **ORDER**

2     Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
3 ORDERS that the time between June 23 and September 8, 2008 is excluded under the Speedy
4 Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance
5 would unreasonably deny defense counsel reasonable time necessary for effective preparation,
6 taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of
7 justice served by granting the requested continuance outweigh the best interest of the public and
8 the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court
9 therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

10

11 IT IS SO ORDERED.

12 DATED:   September 5, 2008     _____
13                                             JAMES WARE
                                            UNITED STATES DISTRICT JUDGE

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28